**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC; CONDUCIVE MUSIC; SPIRIT ONE MUSIC, a division of SPIRIT MUSIC GROUP INC.; EMBASSY MUSIC CORPORATION; SONY/ATV SONGS LLC; and THE BERNARD EDWARDS COMPANY, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>AAO ENTERPRISES INC. d/b/a MOHANSIC GRILL & LOUNGE and ANNE Y. SAVINO,<br><br>　　　　　　　Defendants. | Case No. 24-cv-4161<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs states as follows with respect to each plaintiff:

| Plaintiff | Parent corporation or publicly held corporation owning 10% or more of its stock |
|---|---|
| Broadcast Music, Inc. | Otis Parent, Inc. |
| Harrick Music, Inc. | None |
| EMI Consortium Songs, Inc. d/b/a EMI Longitude Music | EMI Group Global Ltd. |
| Conducive Music | None |
| Spirit One Music, a division of Spirit Music Group Inc. | Spirit Music Holdings, Inc. |
| Embassy Music Corporation | None |
| Sony/ATV Songs LLC | Sony Music Entertainment, Inc. |
| The Bernard Edwards Company LLC | None |

Dated: May 30, 2024                               **GIBBONS P.C.**

                                                  By: <u>s/ J. Brugh Lower</u>
                                                      J. Brugh Lower
                                                      One Pennsylvania Plaza
                                                      Floor 45, Suite 4515
                                                      New York, New York 10119
                                                      (973) 596-4581
                                                      jlower@gibbonslaw.com

                                                  *Attorneys for Plaintiffs*

2