AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 24-cv-4161 | **DATE FILED** 5/30/2024 | U.S. District Court, Southern District of New York<br>500 Pearl Street<br>New York, New York 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| BROADCAST MUSIC, INC., et al. | AAO ENTERPRISES INC. d/b/a MOHANSIC GRILL & LOUNGE and ANNE Y. SAVINO |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | *SEE ATTACHED SCHEDULE* | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | (Shake, Shake, Shake) Shake Your Booty |
| Line 3 | Writer(s) | Harry Wayne Casey |
| Line 4 | Publisher Plaintiff(s) | Harrick Music, Inc.; EMI Consortium Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/7/76   10/8/76 |
| Line 6 | Registration No(s). | Eu 684468  Ep 359373 |
| Line 7 | Date(s) of Infringement | 4/20/24 |
| Line 8 | Place of Infringement | Mohansic Grill & Lounge |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Boogie Oogie Oogie |
| Line 3 | Writer(s) | Janice Marie Johnson; Perry Kibble |
| Line 4 | Publisher Plaintiff(s) | Janice-Marie Vercher, an individual d/b/a Conducive Music; Spirit One Music, a Division of Spirit Music Group Inc.; Embassy Music Corporation |
| Line 5 | Date(s) of Registration | 5/2/78 |
| Line 6 | Registration No(s). | PA 5-715 |
| Line 7 | Date(s) of Infringement | 4/20/24 |
| Line 8 | Place of Infringement | Mohansic Grill & Lounge |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Get Down Tonight |
| Line 3 | Writer(s) | Harry W. Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Consortium Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/12/75    6/21/76 |
| Line 6 | Registration No(s). | Eu 591389   Ep 354211 |
| Line 7 | Date(s) of Infringement | 4/20/24 |
| Line 8 | Place of Infringement | Mohansic Grill & Lounge |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Good Times a/k/a Rappers' Delight |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 6/27/79    6/16/81 |
| Line 6 | Registration No(s). | PA 37-207    PA 108-303 |
| Line 7 | Date(s) of Infringement | 4/20/24 |
| Line 8 | Place of Infringement | Mohansic Grill & Lounge |