# AFFIDAVIT OF SERVICE

Index # 7:24-CV-04161

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| BROADCAST MUSIC INC, et al, <br><br>                                Plaintiff <br><br>                  Against <br><br>                                Defendant <br><br> AAO ENTERPRISES INC, d/b/a MOHANSIC GRILL & LOUNGE, et al, |

STATE OF NEW YORK
COUNTY OF ALBANY

**Robert Wells,** being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on **6/18/2024** at the office of the Secretary of State, of the State of New York in the City of Albany, New York he/she served the **Summons & Complaint** annexed on **AAO ENTERPRISES INC, d/b/a MOHANSIC GRILL & LOUNGE,**

Defendant in this action, by delivering to and leave with **Nancy Dougherty** an authorized agent in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to Section **306,** Business Corporation Law.

Deponent further says that he/she knew the person so served **Nancy Dougherty** as aforesaid to be an authorized agent in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex: Female  Skin Color: White  Hair Color: Brown  Age(approx) 60  Height (approx) 5'1  Weight (approx) 115

Other Identifying Features: Glasses

_____
Robert Wells

I Affirm on this date, **6/19/2024**
Under penalties of perjury under the laws of
New York, which may include a fine or
Imprisonment, that the forgoing is true, and
I understand that this document may be filed
In an action or proceeding in a court of law.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC; CONDUCIVE MUSIC; SPIRIT ONE MUSIC, a division of SPIRIT MUSIC GROUP INC.; EMBASSY MUSIC CORPORATION; SONY/ATV SONGS LLC; and THE BERNARD EDWARDS COMPANY, LLC | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 24-4161 |
| AAO ENTERPRISES INC. d/b/a MOHANSIC GRILL & LOUNGE and ANNE Y. SAVINO | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AAO Enterprises Inc.
d/b/a Mohansic Grill & Lounge
642 Peekskill Hollow Rd
Putnam Valley, NY 10579

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Brugh Lower
GIBBONS P.C.
One Pennsylvania Plaza
Floor 45, Suite 4515
New York, NY 10119
973-596-4581; jlower@gibbonslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/14/2024

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

