Attorney:
J. BRUGH LOWER, ESQ.
GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK NJ 07102


717044

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

BROADCAST MUSIC, INC., ET AL
    Plaintiff

AAO ENTERPRISES INC. D/B/A MOHANSIC GRILL & LOUNGE, ET AL
    Defendant

Index / case #: 7:24-CV-04161

## AFFIDAVIT OF SERVICE

Dutchess County, State of: New York    Ethan Fogarty being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: New York

On Jun 20, 2024 at 6:24 am/**pm** at: 642 PEEKSKILL HOLLOW ROAD PUTNAM VALLEY NY 10579

Deponent served the within: SUMMONS & COMPLAINT

On which were set forth the Index No., herein, and date of filing

**On: ANNE Y. SAVINO**
(herein after called the recipient) therein named.

[X] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to:_____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to:_____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[ ] Male    [X] White skin    [X] Black hair    [ ] 14-20 Yrs    [ ] Under 5'    [ ] Under 100 Lbs
[X] Female    [ ] Black skin    [ ] Brown hair    [ ] 21-35 Yrs    [ ] 5'0"-5'3"    [X] 100-130 Lbs
   [ ] Yellow skin    [ ] Gray hair    [ ] 36-50 Yrs    [X] 5'4"-5'8"    [ ] 131-160 Lbs
   [ ] Brown skin    [ ] Blonde hair    [ ] 51-65 Yrs    [ ] 5'9"-6'0"    [ ] 161-200 Lbs
   [ ] Red skin    [ ] Red hair    [X] Over 65 Yrs    [ ] Over 6'    [ ] Over 200 Lbs
Other Identifying Features: glasses

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on 6/24/24

(Print name below signature)
Ethan Fogarty

[Notary Seal: HAYDEE BRITO, NOTARY PUBLIC, Exp. July 13, 2027, DUTCHESS COUNTY, No. 01BR6327717, STATE OF NEW YORK]

File No. 7:24-CV-04161      Work Order No. 717044

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC; CONDUCIVE MUSIC; SPIRIT ONE MUSIC, a division of SPIRIT MUSIC GROUP INC.; EMBASSY MUSIC CORPORATION; SONY/ATV SONGS LLC; and THE BERNARD EDWARDS COMPANY, LLC | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 24-4161 |
| | ) ) | |
| AAO ENTERPRISES INC. d/b/a MOHANSIC GRILL & LOUNGE and ANNE Y. SAVINO | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anne Y. Savino
642 Peekskill Hollow Rd
Putnam Valley, NY 10579

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Brugh Lower
GIBBONS P.C.
One Pennsylvania Plaza
Floor 45, Suite 4515
New York, NY 10119
973-596-4581; jlower@gibbonslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/14/2024                                                  /s/ P. Canales
                                                                   *Signature of Clerk or Deputy Clerk*

