

MEMO ENDORSED

J. BRUGH LOWER
Director

Gibbons P.C.
One Pennsylvania Plaza
Floor 45, Suite 4515
New York, New York 10119
Direct: (973) 596-4581 Fax: (973) 639-6292
jlower@gibbonslaw.com

August 26, 2024

**VIA ECF**

Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
Hon. Charles L. Brieant Jr. Fed. Bldg. and U.S. Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601

      Re:  **Broadcast Music, Inc., et al. v. AAO Enterprises Inc., et al.**
           **Case No. 24-cv-04161-KMK**

Dear Judge Karas:

      This firm represents Plaintiffs in the above-referenced matter. We write, on behalf of counsel for Defendants, to respectfully request an extension of time until September 30, 2024, for Defendants to respond to Plaintiffs' Complaint in order to provide the parties time to discuss a potential amicable resolution of this matter. Defendant AAO Enterprises Inc.'s and Defendant Anne Y. Savino's original deadlines to respond to the Complaint were July 9, 2024, and July 11, 2024, respectively. There have been no prior extension requests, and Plaintiffs consent to this extension.

      We thank the Court for its consideration of this request and remain available at the Court's convenience to address any questions or concerns.

Granted.

So Ordered.

*[signature]*
8/26/24

Respectfully submitted,

s/ J. Brugh Lower
J. Brugh Lower

cc: Eric Menhart, Counsel for Defendants (via email)