UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC, INC. ET AL.<br><br>v.<br><br>AAO ENTERPRISES INC. ET AL. | Case No. 7:24-cv-04161-KMK |

### DEFENDANTS' CONSENT EXTENSION OF TIME TO RESPOND

Defendants, via undersigned counsel, respectfully request an extension of time to respond, up to and including Monday, October 14, 2024. The parties have been actively discussing a potential amicable resolution of this matter and believe this brief additional amount of time is appropriate.

Plaintiff's counsel consented to this extension via phone on Tuesday, September 24, 2024. The agreement was confirmed via follow-up email on the same day.

\* \* \*

Respectfully submitted,

/s/Eric J. Menhart
Eric J. Menhart, Esq.*
\* Pending *Pro Hac Vice* Admission
Lexero Law
80 M St SE Ste 100
Washington, DC 20002
Phone: (855) 453-9376 x.101
Fax: (855) 453-9376

So Ordered.
9/30/24

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, a copy of the foregoing was served on Plaintiff's counsel via the Court's ECF system.

/s/Eric J. Menhart
Eric J. Menhart

1