UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC; CONDUCIVE MUSIC; SPIRIT ONE MUSIC, a division of SPIRIT MUSIC GROUP INC.; EMBASSY MUSIC CORPORATION; SONY/ATV SONGS LLC; and THE BERNARD EDWARDS COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AAO ENTERPRISES INC. d/b/a MOHANSIC GRILL & LOUNGE and ANNE Y. SAVINO,<br><br>Defendants. | Case No. 24-cv-4161-KMK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: November 12, 2024     **GIBBONS P.C.**

By: s/ J. Brugh Lower
J. Brugh Lower
One Pennsylvania Plaza
Floor 45, Suite 4515
New York, New York 10119
(973) 596-4581
jlower@gibbonslaw.com

*Attorneys for Plaintiffs*